```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    PEDRO BARAJAS-RODRIGUEZ
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-524 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| PEDRO BARAJAS-RODRIGUEZ, | ) |
| Defendant. | ) |

The parties request that the status conference in this case be continued from February 22, 2011, to March 15, 2011, at 9:30 a.m. They stipulate that, for the reasons stated below, the time between February 22, 2011, and March 15, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

1

1  The parties have yet to receive the pre-plea presentence
2  report, which is likely to affect their negotiations.  Defense
3  counsel, presently preparing for a jury trial commencing February
4  28, also needs additional time to review discovery, examine
5  possible defenses, and review sentencing options with his client.
6  The parties stipulate and agree that the interests of justice
7  served by granting this continuance therefore outweigh the best
8  interests of the public and the defendant in a speedy trial.  18
9  U.S.C. §(7)(B)(iv).

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


Dated:  February 15, 2011         /s/ Michele Beckwith
                                  Michele Beckwith
                                  Assistant U.S. Attorney

                                  DANIEL J. BRODERICK
                                  Federal Defender


Dated: February 15, 2011          /s/ T. Zindel
                                  Timothy Zindel
                                  Assistant Federal Defender
                                  Attorney for Mr. Barajas-Rodriguez



**ORDER**

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 22, 2011, be continued to March 15, 2011, at 9:30 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public

and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the March 15, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

    IT IS SO ORDERED.

Dated: Feb. 16, 2011       /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Judge