DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEDRO BARAJAS-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-524 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| PEDRO BARAJAS-RODRIGUEZ, | ) |
| Defendant. | ) Date: March 15, 2011<br>) Time: 9:30 a.m.<br>) Judge: Hon. John A. Mendez |

The parties request that the status conference in this case be continued from March 15, 2011, to May 10, 2011, at 9:30 a.m. They stipulate that, for the reasons stated below, the time between March 15, 2011, and May 10, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

1

1  Defense counsel is undertaking a lengthy record review in this
2 case in light of defendant's long-term ties to the United States
3 and the age of the conviction that led to his removal - the review
4 may take several months.  Mr. Barajas has been advised that the
5 review may delay resolution of his case but concurs in the delay in
6 order to determine whether it may help his case.  The parties
7 stipulate and agree that the interests of justice served by
8 granting this continuance therefore outweigh the best interests of
9 the public and the defendant in a speedy trial.  18 U.S.C.
10 §3161(h)(7)(B)(iv).

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


15 Dated:  March 10, 2011      */s/ Michele Beckwith*
                                  Michele Beckwith
                                  Assistant U.S. Attorney

                                  DANIEL J. BRODERICK
                                  Federal Defender

19 Dated:  March 10, 2011      /s/ T. Zindel
                                  Timothy Zindel
                                  Assistant Federal Defender
                                  Attorney for Mr. Barajas-Rodriguez



**ORDER**

24  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it
25 is ordered that the status conference presently set for March 15,
26 2011, be continued to May 10, 2011, at 9:30 a.m.  Based on the
27 representation of counsel and good cause appearing therefrom, the
28 Court hereby finds that the ends of justice to be served by

2

granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the May 10, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated:  March 11, 2011         /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Judge