DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PEDRO BARAJAS-RODRIGUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-524 JAM |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| PEDRO BARAJAS-RODRIGUEZ, | ) **AND EXCLUDE TIME** |
| Defendant. | ) Date: May 10, 2011 |
| | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, PEDRO BARAJAS-RODRIGUEZ, that the status conference scheduled for May 10, 2011, may be continued to June 14, 2011, at 9:30 a.m.

Defense counsel is undertaking a lengthy record review in this case in light of defendant's long-term ties to the United States and the age of the conviction that led to his removal -- the review may take several months. Mr. Barajas has been advised that the review may delay resolution of his case but concurs in the delay in order to determine whether it may help his case.

1

To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on June 14, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  May 6, 2011          */s/ Michele Beckwith*
                             Michele Beckwith
                             Assistant U.S. Attorney


DANIEL J. BRODERICK
Federal Defender

Dated:  May 6, 2011          /s/ T. Zindel
                             Timothy Zindel
                             Assistant Federal Defender
                             Attorney for Mr. Barajas-Rodriguez


**ORDER**

The status conference is continued to June 14, 2011, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  May 6, 2011          /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Judge