DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEDRO BARAJAS-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-524 JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| v. ) | **CONTINUE STATUS CONFERENCE** |
| ) | **AND EXCLUDE TIME** |
| PEDRO BARAJAS-RODRIGUEZ, ) | |
| Defendant. ) | Date:  June 14, 2011 |
| ) | Time:  9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Pedro Barajas-Rodriguez, that the status conference scheduled for June 14, 2011, may be continued to July 26, 2011, at 9:30 a.m.

   Defense counsel is undertaking a lengthy record review in this case in light of defendant's long-term ties to the United States and the age of the conviction that led to his removal -- the review has yet to be completed.  Mr. Barajas has been advised that the review may delay resolution of his case but concurs in the delay in

1

order to determine whether it may help his case.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on July 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

>                              Respectfully submitted,
>
>                              BENJAMIN B. WAGNER
>                              United States Attorney

Dated:   June 10, 2011        */s/ Michele Beckwith*
                              Michele Beckwith
                              Assistant U.S. Attorney

                              DANIEL J. BRODERICK
                              Federal Defender

Dated:   June 10, 2011        /s/ T. Zindel
                              Timothy Zindel
                              Assistant Federal Defender
                              Attorney for Mr. Barajas-Rodriguez

**ORDER**

The status conference is continued to July 26, 2011, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   June 10, 2011        /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Judge