```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PEDRO BARAJAS-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-524 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| PEDRO BARAJAS-RODRIGUEZ, | ) |
| Defendant. | ) Date: July 26, 2011<br>) Time: 9:30 a.m.<br>) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Pedro Barajas-Rodriguez, that the status conference scheduled for July 26, 2011, may be continued to August 23, 2011, at 9:30 a.m.

Defense counsel is undertaking a lengthy record review in this case in light of defendant's long-term ties to the United States and the age of the conviction that led to his removal -- the review has yet to be completed. Mr. Barajas has been advised that the review may delay resolution of his case but concurs in the delay in

1

order to determine whether it may help his case. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on August 23, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: July 22, 2011         */s/ Michele Beckwith*
                                      Michele Beckwith
                                      Assistant U.S. Attorney

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: July 22, 2011         /s/ T. Zindel
                                      Timothy Zindel
                                      Assistant Federal Defender
                                      Attorney for Mr. Barajas-Rodriguez

**ORDER**

The status conference is continued to August 23, 2011, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: July 22, 2011                       /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              United States District Judge