```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    PEDRO BARAJAS-RODRIGUEZ
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-524 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| PEDRO BARAJAS-RODRIGUEZ, | ) |
| Defendant. | ) Date: August 23, 2011<br>) Time: 9:30 a.m.<br>) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Pedro Barajas-Rodriguez, that the status conference scheduled for August 23, 2011, may be continued to November 8, 2011, at 9:30 a.m.

Defense counsel has yet to complete his record review in this case - a product of defendant's long-term ties to the United States and the age of the conviction that led to his removal.  Also, defense counsel will be away from the office on family medical leave for at least four weeks beginning in mid-September.  Mr.

1

1  Barajas has been advised of the delay but wishes to remain with his
2  appointed attorney.  To afford time to complete these tasks and to
3  assure continuity of counsel, the parties agree that the interests
4  of justice to be served by a continuance outweigh the best
5  interests of the parties in a speedy trial.  The parties agree that
6  time under the Speedy Trial Act should be excluded from the date of
7  this order through the status conference on November 8, 2011,
8  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
9
10                                      Respectfully submitted,
11                                      BENJAMIN B. WAGNER
                                        United States Attorney
12
13 Dated:  August 19, 2011              */s/ T. Zindel for M. Beckwith*
                                        MICHELLE BECKWITH
14                                      Assistant U.S. Attorney
15                                      DANIEL J. BRODERICK
                                        Federal Defender
16
17 Dated:  August 19, 2011              */s/ T. Zindel*
                                        TIMOTHY ZINDEL
18                                      Assistant Federal Defender
                                        Attorney for Mr. Barajas-Rodriguez
19
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

**O R D E R**

The status conference is continued to November 8, 2011, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: August 19, 2011                    /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          United States District Judge