DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEDRO BARAJAS-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-524 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| PEDRO BARAJAS-RODRIGUEZ, | ) |
| Defendant. | ) Date: November 8, 2011<br>) Time: 9:30 a.m.<br>) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Pedro Barajas-Rodriguez, that the status conference scheduled for November 8, 2011, may be continued to November 29, 2011, at 9:30 a.m.

Guidelines amendments effective this month require a change to the existing pre-plea presentence report concerning Mr. Barajas and will probably cause the parties to reevaluate the proposed resolution. So that probation will have time to revise the report and the parties have time to consider it and consult with Mr.

1

Barajas, they agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial, and ask the Court to so find.  The parties ask the Court to exclude time under the Speedy Trial Act from the date of this order through the status conference on November 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  November 4, 2011         */s/ T. Zindel for M. Beckwith*
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  November 4, 2011         /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Mr. Barajas-Rodriguez

## O R D E R

The status conference is continued to November 29, 2011, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  November 4, 2011         /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge

2