DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEDRO BARAJAS-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                            )<br>                                   )<br> PEDRO BARAJAS-RODRIGUEZ,           )<br>                                   )<br>          Defendant.               )<br>                                   )<br>_____) | No. 2:10-CR-524 JAM<br><br>**STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br>AND EXCLUDE TIME**<br><br>Date:  November 29, 2011<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Pedro Barajas-Rodriguez, that the status conference scheduled for November 29, 2011, may be continued to December 13, 2011, at 9:30 a.m.

The parties have received a revised pre-plea presentence report concerning Mr. Barajas and will reevaluate the proposed resolution. So that the parties have time to consider the revised report and consult with Mr. Barajas, they agree that the interests of justice to be served by a continuance outweigh the best

1

1  interests of the parties in a speedy trial, and ask the Court to so
2  find.  The parties ask the Court to exclude time under the Speedy
3  Trial Act from the date of this order through the status conference
4  on December 13, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
5  (B)(iv).

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  November 23, 2011           */s/ T. Zindel for M. Beckwith*
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  November 23, 2011           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Mr. Barajas-Rodriguez

## O R D E R

The status conference is continued to December 13, 2011, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  November 28, 2011           /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge