DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEDRO BARAJAS-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO BARAJAS-RODRIGUEZ,<br><br>　　　　Defendant. | No. 2:10-CR-524 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: January 24, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Pedro Barajas-Rodriguez, that the status conference scheduled for January 24, 2012, may be continued one week and the matter set for change of plea and sentencing on January 31, 2012, at 9:30 a.m.

　　　The parties have reached a plea agreement under the government's fast-track program for immigration offenses, but counsel for the government will be in trial on January 24 and thus unavailable. To assure continuity of counsel, the parties ask the

1 Court to find that the interests of justice to be advanced by a
2 one-week continuance outweigh the best interests of the public and
3 the defendant in a speedy trial, and to exclude time under the
4 Speedy Trial Act from the date of this order through the hearing on
5 change of plea to be held January 31, 2012, pursuant to 18 U.S.C.
6 § 3161(h)(7)(A) and (B)(iv).

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  January 19, 2012            /s/ T. Zindel for M. Beckwith
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  January 19, 2012            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Mr. Barajas-Rodriguez
```

**O R D E R**

The status conference is continued to January 31, 2012, at 9:30 a.m., and the matter shall be calendared for change of plea and sentencing.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

```
Dated:  January 20, 2012            /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge
```

2